# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### FT. MYERS DIVISION

**VAN LE GRANT and TIMOTHY GRANT,**

        **Plaintiff,**

-vs-                            Case No.  2:05-cv-167-FtM-DNF

**FORD MOTOR COMPANY,**

        **Defendant.**

_____

## ORDER OF DISMISSAL

On November 27, 2007, the Court entered an Order (Doc. 74) administratively dismissing the case for a period of sixty (60) days.  Within the time allotted, the parties filed a Joint Stipulation and Order of Dismissal with Prejudice (Doc. 77).

**IT IS HEREBY ORDERED:**

The Clerk of the Court shall enter a separate judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure dismissing this case with prejudice with the parties to pay their respective costs and attorney's fees.  The Clerk is further directed to terminate any previously scheduled and pending motions, and close the file.

**DONE** and **ORDERED** in Chambers in Ft. Myers, Florida this  11TH  day of January, 2008.

_____
DOUGLAS N. FRAZIER
UNITED STATES MAGISTRATE JUDGE

Copies: All Parties of Record

-1-